876 PEEL vs. CIRCUIT JUDGE (Wayne), No. 15842.

To set aside an order granting a new trial, in a case where judgment was entered May 17, 1895, a motion for a new trial had been made, heard and denied, and pending a settlement

of a bill of exceptions, on August 3, 1896, respondent suggested a re-argument of the motion upon which a new trial was granted, September 6, 1896.

Denied October 27, 1896, with costs.